J-S52008-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA     :     IN THE SUPERIOR COURT OF
                                                    :                PENNSYLVANIA
                                                    :
                         v.                         :
                                                    :
                                                    :
JESUS OROZCO                              :
                                                    :
                  Appellant                    :     No. 2154 EDA 2018

Appeal from the Judgment of Sentence Entered May 21, 2018
In the Court of Common Pleas of Montgomery County Criminal Division
at No(s):  CP-46-CR-0000846-2017

BEFORE:  OTT, J., KUNSELMAN, J., and McLAUGHLIN, J.

CONCURRING MEMORANDUM BY McLAUGHLIN, J.:

**FILED NOVEMBER 08, 2019**

I agree with the Majority that the trial court did not err in denying Jesus Orozco's post-sentence motion to withdraw his guilty plea. I join the Majority opinion, except for the first full paragraph on page 8, which addresses Orozco's claim that counsel did not provide specific enough advice as to the deportation consequences of Orozco's guilty plea. I would decline to reach this issue, as it goes to whether counsel was ineffective. Counsel ineffectiveness claims cannot be reached on direct appeal absent circumstances that are not present here. **See Commonwealth v. Delgros**, 183 A.3d 352, 360 (Pa. 2018) (enumerating exceptions to general rule that trial court may not consider ineffectiveness claims on direct appeal).